

FILED

12/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0525

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0525

FILED

DEC 2 9 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

K.G.-G.,

ORDER

A Youth In Need of Care.

Representing themselves, Petitioners Kirsten Genereaux and Tyler Gilead, birth parents of K.G.-G., have filed a petition for rehearing of this Court's order issued November 24, 2020. The State was contacted and is opposed to Petitioners' request for rehearing.

This case involves an order entered in the Eleventh Judicial District, Flathead County, which continued Temporary Investigative Authority until December 31, 2020. Pursuant to the Uniform Child Custody and Jurisdiction Enforcement Act (UCCJEA), the matter was transferred to Arizona because Arizona is the home state of the child. This Court dismissed Petitioners' appeal explaining that there was no final judgment on appeal; that the underlying TIA was still pending; and that the investigation by the Superior Court of Maricopa County in Arizona had begun. Moreover, the District Court has not issued any further orders in this matter believing it did not have jurisdiction because of Petitioners' appeal. No underlying circumstances have changed since this Court's order on November 24, 2020.

This Court will only consider a petition for rehearing if one of the following reasons were presented: "[t]hat it overlooked some fact material to the decision; [][t]hat it overlooked some question presented by counsel that would have proven decisive to the case; or [] [t]hat its decision conflicts with a statute or controlling decision not addressed by the supreme court." M. R. App. P. 20(1)(a)(i)-(iii).

Petitioners have not presented any ground for rehearing under M. R. App. P. 20(1)(a). Therefore,

IT IS ORDERED that the Petition for Rehearing is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to Petitioners.

Dated this 29th day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices